UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | Case: 5:06-cv-15146<br>Assigned To: O'Meara, John Corbett<br>Referral Judge: Komives, Paul J<br>Filed: 11-17-2006 At 09:29 AM<br>CMP USA V. WILLIAMS (JTC) |
| vs. | | |
| Nancy J. Williams | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 8905 Lasalle Blvd. Detroit, MI 48206.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,163.46 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1,247.56 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $500.00 |
| E. Attorneys fees | $.00 |
| **Total Owed** | **$2,411.02** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: _____
PAMELA S. RITTER (P47886)
Attorneys for Plaintiff
28366 Franklin Road
Southfield, MI 48034
Tel. (248) 352-4340
Fax. (248) 352-3258

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Nancy J. Williams
8920 La Salle Blvd.
Detroit, MI 48206-2245

SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 06/29/98.

On or about 02/05/87, the borrower executed promissory note(s) to secure loan(s) of $1050.00, from Glendale Federal, Glendale, CA at 8 percent interest per annum. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principle balance owed on the loan(s). The borrower defaulted on the obligation on 03/08/89 and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $ 1163.46 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 06/18/92 assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $ 55.85 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $1163.46 |
| Interest: | $944.36 |
| Administrative/Collection Costs: | $23.27 |
| Late fees | $0.00 |
| Total debt as of 06/29/98: | $2131.09 |

Interest accrues on the principal shown here at the rate of $ 0.26 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/2/98        Name: [signature]
                           Title:    Loan Analyst
                           Branch:  Litgation Branch

**APPLICATION / PROMISSORY NOTE**
**CALIFORNIA GUARANTEED STUDENT LOAN**
California Student Aid Commission, Guarantor

No. 3076557

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. [...] knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

PRINT OR TYPE ALL ENTRIES

### PART A – COMPLETED BY STUDENT

1. Social Security Number: [illegible]
2. Applicant's Last Name: Williams
   First Name: Nancy    MI: J.
3. Date of Birth: [illegible]
4. Permanent Home Address: 3509 W. 25th St.
   City: Los Angeles   State: California   Zip Code: 90018
5. Home Phone: ( )
6. U.S. Citizenship: [X] 1. U.S. Citizen
7. Address and Phone While Attending School (if known): 3509 W. 25th St. L.A., CA 90018
8. State of Permanent Residence: CA
9. Driver's License: CA  No. C1209212(?)
10. Major Course of Study Code: 3

11. REFERENCE REQUIREMENT:
    A. Parent/Guardian [X] — Katie Twitty, 8905 LaSalle Blvd., Detroit, MI 48206
    B. Other Adult Relative [X] — Grady Williams, 2607 Roundtree Apt. C-1, Ypsilanti, MI 48197
    C. Friend [X] — Rosalyn J. Turner, 19421 Conley, Detroit, MI 48234

12. Prior student loan history: NONE

13. Are any loans listed in #12 for any part of the enrollment period covered by this request?
    FISL, GSL? No [X]
    CLAS, PLUS, ALAS? No [X]

14. Requested Loan Amount: $1,050.00
15. Enrollment Period Covered by This Loan: From 02/87 To 06/87
16. Have you ever DEFAULTED on any educational loan or do you owe a refund? No

17. Name and City/State of Lender: Glendale Federal, 401 N. Brand Blvd, Glendale, CA 91209

**PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION**

PROMISE TO PAY: I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder of the LOAN AMOUNT REQUESTED (item 14 above)...

18.A Write Requested Loan Amount: one thousand fifty
18.B $1050.00

19. X /s/ Nancy J. Williams — Signature of Student-Borrower
20. Date: 02-5-8(?)

### PART B – COMPLETED BY FINANCIAL AID OFFICER

21. School Code: 008596
22. Name and Address of School: West Los Angeles College, 4800 Freeman Drive, Culver City, CA 90230
    Phone: (213) 202-5510
23. Enrollment Status: Halftime or Greater [X]
24. Anticipated Completion Date: 06/87
25. Grade Level: UNDERGRAD, VOCATIONAL [X] 2
26. Dependency Status: Independent [XX]
27. Enrollment period covered by Loan: From 02 02 87 To 06 14 [87]
28. Family Adjusted Gross Income: $0
29. Estimated Cost of Attendance/Loan Period: $7206(?)
30. Estimated Financial Aid/Loan Period: $1895
31. Expected Family Contribution: —
32. Net Cost: $1054(?)
33. Recommended Disbursement Date(s): 02/23/87
34. Signature of Authorized School Official: X [signature]  Date: 2/9/87

### PART C – COMPLETED BY LENDER

35. Lender Code/Name
36. Signature of Authorized Lending Official
37. Loan Amount
38. % 
39. Anticipated Date(s)
40. Disbursement Amount

LENDER COPY

# UNITED STATES DEPT. OF EDUCATION

"All right, title and interest of the California Student Aid Commission is hereby assigned in favor of ———— by execution of this endorsement."

APR 15 1992

Signature of officer

CALIFORNIA EDUCATIONAL LOAN PROGRAMS
CALIFORNIA STUDENT AID COMMISSION
1515 "S" STREET, SUITE 500
NORTH BUILDING

Typed Name and Address

---

All right, title and interest of the
Student Loan Marketing Association is
hereby assigned, without warranty except
that the note qualifies for insurance,
to the California Student Aid Commission.

STUDENT LOAN MARKETING ASSOCIATION BY
AFSA DATA CORPORATION

NOV 16 1988

James V. Cross
Director, GSL Operations
Academic Financial Services Association
2777 E. 220th St.
Long Beach, CA 90810-1690

---

WILLIAMS, NANCY, J
CLAIM NO 1992090055158  06-18-92
SSN
TD  1

# CIVIL COVER SHEET

The cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.

**PLAINTIFFS**

UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Holzman, Ritter & Leduc PLLC
28366 Franklin Rd., Southfield, MI 48034

**DEFENDANTS**

Nancy J. Williams
8905 Lasalle Blvd.
Detroit, MI 48206

County of Residence of First Listed Defendant   Wayne C-79528
(IN U.S. PLAINTIFF CASES ONLY)

Case: 5:06-cv-15146
Assigned To: O'Meara, John Corbett
Referral Judge: Komives, Paul J
Filed: 11-17-2006 At 09:29 AM
CMP USA V. WILLIAMS (JTC)

## II. BASIS OF JURISDICTION (Select One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

152

## V. ORIGIN (Select One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Recovery of funds due to default on a contract plan with an agency of the USA or a contract plan insured by an agency of the USA

Brief description of cause:
Defaulted Student Loan

28 U.S.C. 516 et al.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)  JUDGE _____  DOCKET NUMBER _____

DATE: May 1, 2006

SIGNATURE OF ATTORNEY OF RECORD: *Pamela J. Ritter*

FOR OFFICE USE ONLY

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

11/16/06

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :